THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* ANTHONY COSTARELLA, Appellant.

Argued January 9, 1947; decided April 17, 1947.

*Frank Serri* for appellant.

*Frank S. Hogan, District Attorney* (*Whitman Knapp, Richard G. Denzer* and *David Du Viver* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, DESMOND, THACHER, DYE and FULD, JJ. Taking no part: CONWAY, J.